IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 98-30621
USDC No. 97-CV-496

———————————————

EDWARD E. BLAKE,

                                        Plaintiff-Appellant,

versus

WILLIAMS, Lieutenant, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
- - - - - - - - - -
March 3, 1999

Before REAVLEY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Edward E. Blake, Louisiana prisoner # 305934, seeks to appeal the district court's dismissal on March 19, 1998, of his 42 U.S.C. § 1983 civil rights action. This court has a duty, *sua sponte*, to determine whether it has appellate jurisdiction. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). Blake's notice of appeal filed on June 17, 1998, was not filed within 30 days of the date of entry of the district court's final judgment and is too late. See Fed. R. App. P. 4(a)(1). We DISMISS this appeal for lack of appellate jurisdiction.

     APPEAL DISMISSED.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.